UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.W., et al., | |
| Plaintiff(s), | No. C05-4124 BZ |
| v. | |
| New Haven Unified School District, et al., | **ORDER DISCONTINUING SERVICE BY MAIL** |
| Defendant(s). | |

In reviewing the file, it appears that counsel, Marsha A. Bedwell, Rebecca P. Freie and John D. Higgintotham have failed to register for electronic service in this E-filing case. The Court will no longer serve these counsel by mail. If they wish to be served with documents generated by the Court, they must register pursuant to Local Rule 5-4 and General Order 45.

Dated: January 19, 2006

/s/ Bernard Zimmerman
BERNARD ZIMMERMAN
United States Magistrate Judge

1