MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
REBECCA P. FREIE, State Bar No. 072253
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: (916) 319-0860
Facsimile: (916) 319-0155

Attorneys for Defendant California Department of Education

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GW, a minor etc., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, a California Municipality, MCGEORGE SCHOOL OF LAW SPECIAL EDUCATION HEARING OFFICE, CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1-20,<br><br>    Defendants. | Case No.: CV 05-04124 (BZ)<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties, through counsel, agree and stipulate that the Case Management Conference presently set on February 13, 2006 at 4:00 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Ave, San Francisco, California 94102, shall be continued to March 13, 2006 at 4:00 p.m. The parties further stipulate that the last date to complete initial disclosures, or state objections in Rule 26(f) Report, and to file/serve Case Management Statement and Rule 26 (f) Report is March 6, 2006.

///
///
///
///
///

---

Case No. CV 05-04124 (BZ)      1      Stipulation and Order to Continue
Case Management Conference

| | | |
|---|---|---|
| Date: February 3, 2005 | | Respectfully Submitted, |
| | | MARSHA A. BEDWELL<br>General Counsel |
| | By: | _/s/_____<br>REBECCA FREIE<br>Deputy General Counsel |
| | | Attorneys for Defendants Special Education Hearing Office and California Department of Education |
| DATED: February ___, 2006 | By: | ____/s/_____<br>JAMES ANDREW HINDS, JR.<br>Attorney for Plaintiffs |
| DATED: February _3__, 2006 | By: | ____/s/_____<br>JACK B. CLARKE, JR.<br>Attorney for Defendant New Haven Unified School District |

IT IS SO ORDERED:

DATED: February _7_, 2006

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*