UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G.W., et al.,                          )
                                       )
            Plaintiff(s),              )     No. C05-4124 BZ
                                       )
    v.                                 )     **ORDER SCHEDULING BRIEFING**
                                       )     **AND HEARING AND SETTING**
New Haven Unified School               )     **DEADLINES FOR DESIGNATION OF**
District, et al.,                      )     **EXPERTS**
                                       )
            Defendant(s).              )
_____  )

    A case management conference was held on Monday, March 13, 2006.  James Hinds, Jr., Esq. and Inga N. Sanders, Esq. appeared on behalf of plaintiffs.  Rebecca Freie, Esq. appeared on behalf of defendants California Department of Education and McGeorge School of Law Special Education Hearing Office.  No one appeared on behalf of defendant New Haven Unified School District.

    **IT IS HEREBY ORDERED** that plaintiffs shall file their motion to supplement the administrative hearing record with any "additional evidence" they wish to present pursuant to 20 U.S.C. §1415(i)(2)(B) by **March 20, 2006**.  Defendants shall file their opposition, if any, by **April 5, 2006**.  Plaintiffs

shall file their reply by **April 12, 2006.**   If a hearing on plaintiffs' motion is necessary, it will be held on **May 3, 2006** at **10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

It is **FURTHER ORDERED** that plaintiffs shall disclose their expert(s) pursuant to Rule 26(a)(2) no later than **April 1, 2006**, and defendants shall disclose their expert(s) pursuant to Rule 26(a)(2) no later than **May 1, 2006.**

The <u>**last**</u> day to file opening briefs, either on cross motions for summary judgment or on the administrative hearing record is **June 7, 2006.**   Opposition briefs are due by **June 30, 2006**, and replies are due by **July 14, 2006.**   Alternatively the parties can elect the following briefing shedule.  Plaintiff's motion for summary judgment shall be filed by **June 5, 2006.** Defendant's opposition and cross-motion shall be file by **June 26, 2006.**   Plaintiff's opposition and reply shall be filed by **July 10, 2006** and defendant's reply shall be filed by **July 17, 2006.**   In either event, the hearing shall be held on **August 2, 2006** at **10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated:  March 15, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\G.W\SCH.ORD.wpd