UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| G.W., et al., | ) | |
| Plaintiff(s), | ) | No. C05-4124 BZ |
| v. | ) | **SEALING ORDER** |
| New Haven Unified School District, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff is **HEREBY ORDERED** to refile document # 31 and the attachments thereto and comply with Civil Local Rule 3-17(a)(2). In the interim, document # 31 and all other documents mentioning the minor defendant by name are sealed.

Dated: July 5, 2006

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\G.W\SEAL.ORDER.wpd

1